# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2026

*The Court of Appeals hereby passes the following order:*

**A27A0188. IN THE INTEREST OF R. P. M., A CHILD (FATHER).**

After the juvenile court issued an order terminating the parental rights of Steven St. John to the minor child R. P. M., St. John filed a motion for new trial, which the juvenile court denied. St. John then filed both this direct appeal and an application for discretionary review, which has been docketed as Case No. A27D0009. We lack jurisdiction over this direct appeal. A party must file an application for discretionary review in order to obtain appellate review of an order terminating parental rights, and compliance with the discretionary appeal procedure is jurisdictional. See OCGA § 5-6-35(a)(12), (b); *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016); *Booker v. Ga. Dept. of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/14/2026

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*